UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CURTIS R. CRISP | ) |
| | ) |
|     Plaintiff, | ) |
| | )    1:11-CV-205 |
| v. | ) |
| | )    Collier/Carter |
| MICHAEL S. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendants. | ) |

**O R D E R**

Now before the Court is Plaintiff Curtis R. Crisp ("Plaintiff")'s motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Court File No. 21), to which Michael S. Astrue, Social Security Commissioner ("Defendant") responded without opposition (Court File No. 23). On June 26, 2012, United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b) (Court File No. 24). In the R&R, Judge Carter recommended Plaintiff's motion for attorney's fees be granted and Plaintiff's attorney be awarded $1,535.71 in attorney's fees and $230.00 in paralegal's fees for a total award of $1,765/71. Neither party has objected to the R&R within the given 14 days.

After reviewing the record, this Court agrees with, and hereby **ACCEPTS** and **ADOPTS**, the R&R. Accordingly, the Court **GRANTS** Plaintiff's motion for attorney's fees (Court File No. 20) and **AWARDS** Plaintiff a total amount of $ 1,765.71 for her attorney's fees and paralegal's fees to be paid in a manner consistent with 28 U.S.C. § 2412.

    **SO ORDERED.**

    **ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**